In the Matter of the Claim of ALMENOU GORMIS, Respondent, against PAXTON REALTY CORPORATION, Respondent, and GREAT AMERICAN INDEMNITY COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously

affirmed, with costs to the State Industrial Board, on the statement in *Matter of Sullivan* v. *Audlane Realty Corp.* [*ante*, p. 872], decided herewith. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.